| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Quincy** | **Kwasi Aboagye** | **Sintim** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shirley** | **Mills** | **Sintim** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | 17-30896 | | |

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**

**16707 Southern Oaks Drive**
Street address, if available, or other description

**Houston**     **TX**     **77068**
City            State    ZIP Code

**Harris**
County

**16707 Southern Oaks Drive, Houston, TX 77068**

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **1179790080009**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,375,482.00 | $1,375,482.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Principal Residence**

☑ Check if this is community property
(see instructions)

Lot 9, in Block 2 of Phase I Par R/P of the Estates of Northgate Forrest, According to the Map or Plat thereof Recorded in the Map Records of Harris County, Texas. Such property includes any warranties and insurance thereon or proceeds therefrom and any condemnation or eminent domain awards or proceeds. Value = HCAD Appraised Value

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................→     **$1,375,482.00**

Debtor 1 **Quincy Kwasi Aboagye Sintim**
Debtor 2 **Shirley Mills Sintim**     Case number (if known) **17-30896**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☒ Yes

**3.1.**
Make: **Porsche**
Model: **Cayenne**
Year: **2008**
Approximate mileage: **60,000**
Other information:
**2008 Porsche Cayenne, VIN# WP1AC29P88LA83029**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$22,000.00**
Current value of the portion you own?   **$22,000.00**

**3.2.**
Make: **Mercedes-Banz**
Model: **G55 AMG Sport Utili**
Year: **2009**
Approximate mileage: **84,000**
Other information:
**2009 Mercedes-Benz G55 AMG Sport Utility**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Current value of the entire property?   **$54,000.00**
Current value of the portion you own?   **$54,000.00**

**3.3.**
Make: **Maserati**
Model: **Grand Turismo**
Year: **2008**
Approximate mileage:
Other information:
**2008 Maserati Grand Turismo, VIN#ZAMGJ45A68004032T. Title is held jointly with son because debtor co-signed loan for son. Car is sons. Son made all of the payments.**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?   **$0.00**
Current value of the portion you own?   **$0.00**

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................. → **$76,000.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1 **Quincy Kwasi Aboagye Sintim**
Debtor 2 **Shirley Mills Sintim**        Case number (if known) **17-30896**

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe..... **See continuation page(s).**     $13,805.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☑ No
☐ Yes. Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☑ Yes. Describe..... **Family portraits**     $100.00

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☑ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe..... **Mens and women's clothing**     $2,000.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe..... **Mens and womens jewelry**     $300.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes. Give specific information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.** ➔     **$16,205.00**

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1  **Quincy Kwasi Aboagye Sintim**
Debtor 2  **Shirley Mills Sintim**                                Case number (if known)  **17-30896**

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.......................................................................................... Cash: ....................... **$300.00**

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................  Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Quincy Sintim and Shirley Sintim Revocable Trust Checking account number xxxxx3358 at Bank of America, and value at time of filing.** | **$221.74** |
| 17.2. | Checking account: | **Checking account number xxxxxx8783 at Bank of America, and value at time of filing.** | **$2,537.10** |
| 17.3. | Savings account: | **Savings account no. xxxxxx0754 at Bank of America and value at time of filing.** | **$1.45** |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................  Institution or issuer name:

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No
☑ Yes. Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Lushann International Energy Corp. Right to transact business in Texas forfeited for failure to file franchise tax reports, etc.** | **100%** | **$0.00** |
| **244 Biscayne Blvd. Unit 4403, LLC. Sole asset for foreclosed on. Administratively Dissolved in September 2016 by Florida Division of Corporations** | **100%** | **$0.00** |
| **QSS Interests LLC Franchise Tax Involuntarily ended right to transact buisness in Texas.** | **100%** | **$0.00** |
| **Lushann Eternit Ghana, Ltd (ownership interest is approximate). Ghana government has canceled license. Has $45M in debt and little or no assets.** | **5%** | **$0.00** |

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........................  Issuer name:

Debtor 1  **Quincy Kwasi Aboagye Sintim**
Debtor 2  **Shirley Mills Sintim**                                Case number (if known)  **17-30896**

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No
   ☐ Yes. List each account separately.    Type of account:    Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☑ No
   ☐ Yes............................    Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
   ☑ No
   ☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No
   ☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☑ No
   ☐ Yes. Give specific information about them                                                                          _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No
   ☐ Yes. Give specific information about them                                                                          _____

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☑ No
   ☐ Yes. Give specific information about them                                                                          _____

**Money or property owed to you?**                                                                        **Current value of the portion you own?**
                                                                                                           Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

   ☑ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......    Federal: _____
                                                                                                                           State:   _____
                                                                                                                           Local:   _____

| | |
|---|---|
| Debtor 1 | **Quincy Kwasi Aboagye Sintim** |
| Debtor 2 | **Shirley Mills Sintim** |

Case number (if known) **17-30896**

### 29. Family support
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

### 30. Other amounts someone owes you
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information   **Unpaid salary of $15,000.00 due from Lushann Enternit Ghana Ltd. Lushann Enternit Ghana Ltd. has $45M in creditors. Claim is believed to be uncollectible**   $0.00

### 31. Interests in insurance policies
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Prudential Life Term Policy with $250,000 face value on Shirley Sintim** | **Quincy Sintim** | **$0.00** |
| **Prudential Life Term Policy with $250,000 face value on Quincy Sintim** | **Shirley Sintim** | **$0.00** |

### 32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

### 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

### 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☑ No
☐ Yes. Describe each claim........

### 35. Any financial assets you did not already list

☑ No
☐ Yes. Give specific information

### 36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................ → **$3,060.29**

Debtor 1  **Quincy Kwasi Aboagye Sintim**
Debtor 2  **Shirley Mills Sintim**                                     Case number (if known)  **17-30896**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe...

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe... **Fax machine and 8 year old laptop computer**                                $60.00

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

**41. Inventory**

☑ No
☐ Yes. Describe...

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                                   % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
       ☐ No
       ☐ Yes. Describe.....

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here........................................................................ →   **$60.00**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Debtor 1 **Quincy Kwasi Aboagye Sintim**
Debtor 2 **Shirley Mills Sintim**  Case number (if known) 17-30896

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here................................................................. → **$0.00**

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54.** Add the dollar value of all of your entries from Part 7. Write that number here............................ → **$0.00**

Official Form 106A/B  Schedule A/B: Property  page 8

Debtor 1  **Quincy Kwasi Aboagye Sintim**
Debtor 2  **Shirley Mills Sintim**                                          Case number (if known)  17-30896

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ................................................................................................ ➔   $1,375,482.00

56. Part 2: Total vehicles, line 5                              $76,000.00

57. Part 3: Total personal and household items, line 15      $16,205.00

58. Part 4: Total financial assets, line 36                  $3,060.29

59. Part 5: Total business-related property, line 45         $60.00

60. Part 6: Total farm- and fishing-related property, line 52  $0.00

61. Part 7: Total other property not listed, line 54       + $0.00

62. Total personal property.   Add lines 56 through 61 ............   $95,325.29   Copy personal property total  ➔  +  $95,325.29

63. Total of all property on Schedule A/B.   Add line 55 + line 62 .............................................   **$1,470,807.29**

| Debtor 1 | **Quincy Kwasi Aboagye Sintim** | | |
|---|---|---|---|
| Debtor 2 | **Shirley Mills Sintim** | Case number (if known) | **17-30896** |

**6. Household goods and furnishings (details):**

| | |
|---|---:|
| **Living room furniture including sofa, 2 chairs, love seat, 2 coffee tables and 1 chaise** | **$1,875.00** |
| **Dining room furniture including table and 10 chairs** | **$1,000.00** |
| **Family room furniture including 2 sectional chairs, 2 chairs, tv, coffee table, end table and sofa table** | **$2,100.00** |
| **Master bedroom furniture king size bed, 2 nightstands, 2 chairs, TV and chaise** | **$1,950.00** |
| **Childs bedroom furniture including queen bed, 2 night stands and chaise** | **$460.00** |
| **Child's bedroom furniture including king bed, 2 nightstands, and chaise** | **$435.00** |
| **Child's bedroom furniture including queen bed and 2 nightstands** | **$310.00** |
| **Guest bedroom furniture including king bed, 2 night stands and armoire** | **$450.00** |
| **Game room furniture including love seat, chaise, pool table, piano** | **$1,275.00** |
| **Media room furniture including 8 chairs, TV and sound equipment, office table, 2 chairs, sofa** | **$2,910.00** |
| **Breakfast room furniture including table with 6 chairs** | **$550.00** |
| **Built in refrigerator, trash compactor, diswasher, warmer and stove** | **$490.00** |