IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| QUINCY KWASI ABOAGYE SINTIM *et al*, | § § | CASE NO. 17-30896-H2 |
| DEBTORS. | § | CHAPTER 7 |
| RODNEY D. TOW, TRUSTEE | § § | |
| v | § § | ADVERSARY NO. 18-03282 |
| QUINCY KWASI ABOAGYE SINTIM *et al*, | § § § | |
| DEFENDANTS. | § | |

## WITNESS AND EXHIBIT LIST

| WITNESSES: | |
|---|---|
| 1) James Okorafor | Judge: David Jones |
| | Hearing Date: |
| | Hearing Time: |
| | Party's Name: Rodney D. Tow |
| | Attorney for Plaintiff – Brendon Singh |
| | Nature of Proceeding(s): <br> 1. Motion to Compel |

| Ex. # | Description | Offered | Objection | Admitted/Not | Disposition |
|---|---|---|---|---|---|
| 1 | July 27, 2021 – Email from James Okorafor | | | | |
| 2 | October 20, 2021 – Email from James Okorafor | | | | |
| 3 | 2017 Deed of Trust | | | | |
| 4 | Timeline of Events – Demonstrative | | | | |

Dated: October 20, 2021

Respectfully submitted,

**TRAN SINGH LLP**

By: */s/ Brendon Singh*
Susan Tran | TBN: 24075648

Brendon Singh | TBN: 24075646
2502 La Branch St.
Houston Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
bsingh@ts-llp.com

**ATTORNEYS FOR RODNEY D. TOW PLAINTIFF**