**Brendon Singh**

| | |
|---|---|
| **From:** | laws joolaws.com <laws@joolaws.com> |
| **Sent:** | Tuesday, July 27, 2021 2:27 PM |
| **To:** | Brendon Singh |
| **Subject:** | Re: Phone Call - James Okorafor |

EXHIBIT 1

Hello Brendon,

I would be tied up until after 5:00 pm today. Mr. Sintim, has been and is my client. **He is protected by attorney-client and work product privileges regarding my communications with him.** I do not practice bankruptcy law and have NO knowledge of the proceedings in bankruptcy court. In my 30 plus years of law practice, I have not read or participated in the deposition of an attorney for a client. Please kindly contact his bankruptcy attorney(s) for proceedings in the bankruptcy court. Thanks.

James Okorafor
Attorney

**OKORAFOR LAW GROUP**

10101 FONDREN RD. SUITE 260
HOUSTON, TX 77096
TEL: (713) 839-9700
Email: laws@joolaws.com

THIS EMAIL MAY CONTAIN CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED AND WHICH IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) NAMED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL MAY BE STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY EMAIL. THANK YOU.

---

**From:** Brendon Singh <bsingh@ts-llp.com>
**Sent:** Tuesday, July 27, 2021 2:02 PM
**To:** laws joolaws.com <laws@joolaws.com>
**Cc:** Susan Tran <stran@ts-llp.com>; Briana Head <bhead@ts-llp.com>
**Subject:** RE: Phone Call - James Okorafor

Hello James,

Can you please give me a call. I wanted to talk to you about subpoena.
--
Brendon D. Singh
Tran Singh LLP
2502 La Branch Street
Houston, Texas 77004
Office: (832) 975-7300
Fax: (832) 975-7301

1

Direct: (832) 443-5272
BSingh@ts-llp.com

www.TS-LLP.com



We are a debt relief agency. We help people file for relief under the Bankruptcy Code.
CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Tran Singh LLP and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please notify us immediately by reply email or by telephone at (832) 975-7300 and delete the material from any computer.