# Brendon Singh

| | |
|---|---|
| **From:** | laws joolaws.com <laws@joolaws.com> |
| **Sent:** | Wednesday, October 20, 2021 4:19 PM |
| **To:** | Brendon Singh; johnakard@attorney-cpa.com; Gary M. Riebschlager; Martina Cartwright |
| **Cc:** | Susan Tran; Wendy Gonzalez |
| **Subject:** | Re: Motion to Compel |

**EXHIBIT 2**

Mr. Singh:

Please kindly stop wasting my time. I have already informed you that Mr. Sintim was\is my client, and without a WRITTEN WAIVER of his attorney-client privilege, I am unable to depose to any matter regarding my representation of him in any matter. The attorney-client privilege BELONGS to the client. There is also the issue, if implicated, of the work-product privilege. These privileges are enshrined in the law and are the bedrock of our legal system.

Please be hereby informed that if I am FORCED to retain a lawyer to represent me, I ask for attorney fees and sanctions. I would also file a Grievance Complaint against you with the State Bar of Texas.

**I DO NOT WISH TO CONTINUE TO ENGAGE IN THESE ROUTINE EMAIL EXCHANGES WITH YOU. PLEASE DO NOT CONTACT ME ANY LONGER, EXECEPT AS NOTED IN THE LAST PARAGRAPH BELOW**. **YOUR FURTHER UNSOLICTED CONTACTS WOULD BE DEEMED AS HARRASMENT AND BULLYING.**

Please kindly let me know how you wish to proceed by the end of the week. Thanks.

James Okorafor
Attorney


**OKORAFOR LAW GROUP**

10101 FONDREN RD. SUITE 260
HOUSTON, TX 77096
TEL:  (713) 839-9700
Email: laws@joolaws.com

THIS EMAIL MAY CONTAIN CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED AND WHICH IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) NAMED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL MAY BE STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY EMAIL. THANK YOU.

---

**From:** Brendon Singh <bsingh@ts-llp.com>
**Sent:** Wednesday, October 20, 2021 3:39 PM
**To:** johnakard@attorney-cpa.com <johnakard@attorney-cpa.com>; Gary M. Riebschlager <Gary@riebschlagerlaw.com>; laws joolaws.com <laws@joolaws.com>; Martina Cartwright <martina@cartwrightlaw.net>

**Cc:** Susan Tran <stran@ts-llp.com>; Wendy Gonzalez <wgonzalez@ts-llp.com>
**Subject:** Motion to Compel

Please find the attached Motion to Compel that was filed today.
--
Brendon D. Singh
Tran Singh LLP
2502 La Branch Street
Houston, Texas 77004
Office: (832) 975-7300
Fax: (832) 975-7301
Direct: (832) 443-5272
BSingh@ts-llp.com

www.TS-LLP.com



We are a debt relief agency. We help people file for relief under the Bankruptcy Code.
CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Tran Singh LLP and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please notify us immediately by reply email or by telephone at (832) 975-7300 and delete the material from any computer.