UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION


EXHIBIT 4

| | | |
|---|---|---|
| IN RE: | § § | |
| QUINCY KWASI ABOAGYE SINTIM *et al*, | § § | CASE NO. 17-30896-H2 |
| DEBTORS. | § | CHAPTER 7 |
| RODNEY D. TOW, TRUSTEE | § § § | |
| v | § § | ADVERSARY NO. 18-03282 |
| QUINCY KWASI ABOAGYE SINTIM *et al*, | § § § | |
| DEFENDANTS. | § | |

## TIMELINE

| Date | Event |
|---|---|
| January 17, 2011 | Debtors executed note for Gerd Cremer for the Construction Loan for $2 million |
| May 2, 2011 | Debtors purchase the Southern Oaks Property from the KOH Family Living Trust |
| July 2, 2014 | Debtors transferred the Southern Oaks Property to QSS Interest, LLC (managed by Debtors) |
| October 29, 2015 | TRO, filed by Larson (creditor), entered to prevent transfer of assets. TRO expire on November 12, 2015 at 2:00 pm |
| November 2, 2015 | Debtors, in their capacity as managers of QSS Interest, LLC, transferred the Southern Oaks Property to Debtors individually |
| November 3, 2015 | Debtors individually transferred Southern Oaks Property to the Debtors' Revocable Trust |
| February 9, 2017 | Debtor executed Deed of Trust for Cremer's 2011 Construction Loan |
| February 9, 2017 | Debtors filed Chapter 7 BK |