IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **QUINCY KWASI ABOAGY SINTIM** §<br>    **AND SHIRLEY MILLS SINTIM,** §<br>    Debtors, §<br> § | | **CASE NO. 17-30896**<br>**CHAPTER 7** |
| **RODNEY D. TOW, TRUSTEE** §<br>    Plaintiff, § §<br>vs. § §| | **ADVERSARY NO. 18-03282** |
| **QUINCY KWASI ABOAGY SINTIM,** §<br>    **SHIRLEY MILLS SINTIM, AND** §<br>    **GERD CREMER** §<br>        Defendants. § | | |

**QUINCY KWASI ABOAGY SINTIM AND SHIRLEY MILLS SINTIM'S CONSENT
TO ENTRY OF FINAL ORDERS AND JUDGMENT**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ
UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Defendants, Quincy Kwasi Aboagy Sintim and Shirley Mills Sintim (the "Sintims"), by and through their Attorneys, John Akard Jr. and Gary M. Riebschlager, and file this their Consent to the entry of final orders or judgments by the Bankruptcy Court. The Sintims agree to the entry of final orders or judgment by the Bankruptcy Court.

Respectfully submitted,

**COPLEN & BANKS, P.C.**

By: */s/ John Akard Jr.*
    **JOHN AKARD, JR.**
    State Bar No. 00790212
    11111 McCracken, Suite A
    Cypress, TX 77429
    Telephone: 832-237-8600
    Facsimile: 832-202-2088
    Email: johnakard@attorney-cpa.com

and

**THE RIEBSCHLAGER LAW FIRM**

By: */s/ Gary M. Riebschlager*
    **GARY M. RIEBSCHLAGER**
    State Bar No. 16902200
    601 Sawyer, Suite 600
    Houston, Texas 77007
    Telephone: 713-343-8893
    Facsimile: 713-583-5915
    Email: Gary@riebschlagerlaw.com

**ATTORNEYS FOR DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on the parties listed below by ECF filing, fax, email or first class mail on November 7, 2024.

| **Attorneys for Trustee:** | **Attorneys for Gerd Cremer:** |
|---|---|
| CORRAL TRAN SINGH, LLP | Martina E. Cartwright |
| Susan Tran | P.O. Box 925551 |
| 1010 Lamar St., Suite 1160 | Houston, Texas 77292-5551 |
| Houston TX 77002 | martina@cartwrightlaw.net |
| Susan Tran@ctsattorneys.com | via ECF |
| via ECF | |

    */s/ John Akard Jr.*
    JOHN AKARD JR.